Filing # 83518050 E-Filed 01/17/2019 02:32:00 PM

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:
DIVISION:

JENNIFER FALL and JENNIFER FALL,
as natural parent and guardian of D
F       , a minor,

       Plaintiffs,

v.

KAREN CURRAN,

       Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiffs JENNIFER FALL and JENNIFER FALL, as natural parent and guardian of D       F       , a minor, by and through the undersigned attorney, hereby sues Defendant KAREN CURRAN, and alleges:

1.     This is an action for damages that exceed $15,000.00.

2.     At all times material hereto, Plaintiffs were residents of Atlantic Beach, Duval County, Florida.

3.     At all times material hereto, Defendant was a resident of Keene, New Hampshire.

4.     The incident which gives rise to this Complaint occurred on or about October 24, 2018, in Neptune Beach, Duval County, Florida.

5.     At all times material hereto, Defendant was driving a vehicle in the state of Florida and this Court has jurisdiction over Defendant under the Long-Arm statute.

6.     This Court has jurisdiction and venue is proper in Duval County, as the incident occurred in Duval County, Florida.

## COUNT I – PLAINTIFF JENNIFER FALL'S NEGLIGENCE CLAIM

Plaintiff JENNIFER FALL re-alleges paragraphs one (1) through six (6) as if fully set forth herein and further alleges:

7.    Plaintiff JENNIFER FALL is entitled to relief against Defendant KAREN CURRAN based on the following facts:

        a. On or about October 24, 2018, Plaintiff JENNIFER FALL was lawfully operating a motor vehicle in a careful and prudent manner, at or near 3rd Street near Cedar Street, in Neptune Beach, Duval County, Florida.

        b. At approximately that same time and place, Defendant negligently operated or maintained the vehicle she was driving so that it collided with Plaintiff JENNIFER FALL's motor vehicle.

        c. Defendant owed a duty to Plaintiff JENNIFER FALL to maintain and operate her vehicle in a careful and prudent manner, and she breached that duty of care when she failed to maintain and/or operate her vehicle so as to avo.d colliding with Plaintiff JENNIFER FALL's vehicle.

8.    As and proximate result, Plaintiff JENNIFER FALL suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff JENNIFER FALL demands judgment for damages and costs against Defendant KAREN CURRAN and a trial by jury of all issues herein.

## COUNT II - PLAINTIFF JENNIFER FALL, as natural parent and guardian of D     F     a minor's, NEGLIGENCE CLAIM

Plaintiff JENNIFER FALL, as natural parent and guardian of D       F    , a minor, re-alleges paragraphs one (1) through six (6) as if fully set forth herein and further alleges:

9.    Plaintiff JENNIFER FALL, as natural parent and guardian of D       F/    , a minor, is entitled to relief against Defendant KAREN CURRAN based upon the following facts:

    a.    On or about October 24, 2018, Plaintiff JENNIFER FALL, as natural parent and guardian of D        F    , a minor, was a passenger in a motor vehicle, at or near 3rd Street near Cedar Street, in Neptune Beach, Duval County, Florida.

    b.    At approximately that same time and place, Defendant negligently operated or maintained the vehicle she was driving so that it collided with the vehicle that Plaintiff JENNIFER FALL, as natural parent and guardian of D F,   , a minor, was in.

    c.    Defendant owed a duty to Plaintiff JENNIFER FALL, as natural parent and guardian of D     F/    , a minor, to maintain and operate her vehicle in a careful and prudent manner, and she breached that duty of care when she failed to maintain and/or operate her vehicle so as to avoid colliding with Plaintiff JENNIFER FALL's vehicle.

10.    As and proximate result, Plaintiff JENNIFER FALL, as natural parent and guardian of D     F.    , a minor, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of

earnings, loss of ability to earn money and/or aggravation of pre-existing condition. The losses are either permanent or continuing and Plaintiff JENNIFER FALL, as natural parent and guardian of D        F        a minor, will suffer the losses in the future.

**WHEREFORE,** Plaintiff JENNIFER FALL, as natural parent and guardian of D        F.    , a minor, demands judgment for damages and costs against Defendant KAREN CURRAN and a trial by jury of all issues herein.

Dated this __16__ day of January 2019.

SCOTT BURLEIGH (FL Bar No. 0055486)
MARIA R. D'AMICO (FL Bar No. 0126435)
RONALD E. SHOLES, P.A.
9282 Atlantic Blvd.
Jacksonville, Florida 32225
Ph: 904-805-1500 Fax: 904-900-4788
Primary Email:
RonSholesPA-Team9-Eservice@YouHurtWeFight.com
Attorneys for Plaintiff