UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JENNIFER FALL and JENNIFER
FALL, as natural parent and
guardian of D.F., a minor,

    Plaintiffs,

v.       Case No. 3:19-cv-609-J-39JBT

KAREN CURRAN,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 44; Report) entered by the Honorable Joel B. Toomey, United States Magistrate Judge. In the Report, the Magistrate Judge considered Plaintiff Jennifer Fall's Amended Petition to Approve Settlement of Minor Child's Claims (Doc. 42; Motion). After review of the Motion, the Magistrate Judge recommended that the Motion be granted, and the settlement be approved.

The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).

Further, if no objections to a magistrate judge's report and recommendation are filed, the district court reviews legal conclusions only for plain error and only if necessary in the interests of justice. Shepherd v. Wilson, No. 16-10416, 2016 WL 5845683, at *2 (11th Cir. Oct. 6, 2016); Mitchell v. United States, 612 F. App'x 542, 545 (11th Cir. 2015) (noting that under 11th Circuit Rule 3-1, the appellant would have waived his ability to object to the district court's final order on a report and recommendation where appellant failed to object to that report and recommendation). "Under plain error review, we can correct an error only when (1) an error has occurred, (2) the error was plain, (3) the error affected substantial rights, and (4) the error seriously affects the fairness, integrity or public reputation of judicial proceedings." Symonette v. V.A. Leasing Corp., 648 F. App'x 787, 790 (11th Cir. 2016) (citing Farley v. Nationwide Mut. Ins. Co., 197 F.3d 1322, 1329 (11th Cir.1999)). Upon review of the entire record, the undersigned finds no plain error in the Report.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Report and Recommendation (Doc. 44) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Jennifer Fall's Amended Petition to Approve Settlement of Minor Child's Claims (Doc. 42) is **GRANTED**.

3. Plaintiff Jennifer Fall is authorized to accept the settlement payment(s) and execute any document(s) necessary to effectuate the settlement on behalf of D.F.

**DONE** and **ORDERED** in Jacksonville, Florida this _8th_ day of January, 2021.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record