IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JENNIFER FALL

  Plaintiff,

vs.

KAREN CURRAN,

  Defendant.

Case No.: 3:19-cv-609-J-39JBT

## NOTICE OF SETTLEMENT

The Defendant, Karen Curran, by and through undersigned counsel and pursuant to Local Rule 3.09(a) hereby notifies the Court that the parties have reached a settlement agreement on all remaining issues and that an appropriate dismissal will be filed with the Court upon circulation of the settlement paperwork.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

**PETER F. NUNES & ASSOCIATES**
**Employees of the Law Department**
**State Farm Mutual Automobile Insurance Company**

*Thomas Smith*

BY: _____
Thomas C. Smith, Esq., B.C.S.
Florida Bar No.: 154652

                                        1301 Riverplace Blvd., Suite 1904  
                                        Jacksonville, FL 32207  
                                        (904) 493-3400  
                                        Service Email:  
                                        tom.smith.k1h1@statefarm.com

Gregory W. Lineberry  
The Law Offices of Ronald E. Sholes, P. A.  
4981 Atlantic Blvd.  
Jacksonville, FL 32207  
RonSholesPA-Team1-Eservice@YouHurtWeFight.com  
Greg@YouHurtWeFight.com